1
2
3
4
5
6
7

8
UNITED STATES DISTRICT COURT

9
SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARNELL DUKES,                            )   Civil No. 09cv1463-L(WVG)
                                               )
12              Plaintiff,                      )
                                               )   **ORDER ADOPTING REPORT AND**
13  v.                                          )   **RECOMMENDATION AND**
                                               )   **GRANTING DEFENDANTS'**
14  K. SPENCE, *et al.*,                        )   **MOTION FOR PARTIAL**
                                               )   **SUMMARY JUDGMENT**
15              Defendants.                     )
                                               )
16  ————————————————————

17       Plaintiff Darnell Dukes, a state prisoner proceeding *pro se* and *in forma pauperis*, filed

18  this action under 42 U.S.C. § 1983 alleging Eighth Amendment violations for use of excessive

19  force against numerous Defendants.  The case was referred to United States Magistrate Judge

20  William V. Gallo for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B)

21  and Civil Local Rule 72.3.

22       Three of the seven Defendants moved for summary judgment with respect to Plaintiff's

23  excessive force claims.  The Magistrate Judge issued a Report and Recommendation,

24  recommending the summary judgment motion be granted with respect to claims asserted against

25  Defendants K. Spence, K. Smith and J. Ponce.  Plaintiff filed no objections.

26       A district judge may accept, reject, or modify the recommended decision on a dispositive

27  matter prepared by a magistrate judge proceeding without the consent of the parties for all

28  purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo*

determination of those portions of  the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some lesser review by the district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003).

In the absence of any objections, the court **ADOPTS** the Report and Recommendation. Defendants' motion for summary judgment with respect to claims asserted against Defendants K. Spence, K. Smith and J. Ponce is **GRANTED**.

**IT IS SO ORDERED**.

DATED:  June 15, 2011

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

09cv1463